# Third District Court of Appeal

## State of Florida

Opinion filed August 1, 2018.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D18-796
Lower Tribunal No. 96-38947
_____

**Givanni Parks,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An appeal from the Circuit Court for Miami-Dade County, Cristina Miranda, Judge.

Givanni Parks, in proper person.

Pamela Jo Bondi, Attorney General, for appellee.

Before ROTHENBERG, C.J., and SUAREZ and SCALES, JJ.

SUAREZ, J.

Givanni Parks appeals from the trial court's denial of a post-conviction petition styled as a petition for habeas corpus. We conclude that the trial court

properly denied the appellant's petition for writ of habeas corpus as it consisted solely of arguments made by him in prior unsuccessful post-conviction motions. Appellant raises two arguments: that his sentence is illegal and he did not violate his plea agreement. This Court has previously reviewed and dismissed those arguments. See Parks v. State, 863 So. 2d 382 (Fla. 3d DCA 2003). As such, we consider this petition as if filed as a 3.850 motion. We therefore affirm the trial court's denial of Park's petition as successive.

Affirmed.